Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Kevin Scott Reese

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:23-mj-00197-DJA-1 |
|---|---|
| Plaintiff, | **Joint Status Report and Stipulation** |
| v. | |
| Kevin Scott Reese, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Kevin Scott Reese, that Mr. Reese successfully completed one year of unsupervised probation.

1. Mr. Reese has completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

2. Accordingly, the parties jointly request that Mr. Reese's unsupervised probation be terminated.

DATED this 10th day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Kevin Scott Reese | By /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kevin Scott Reese,<br><br>　　　　Defendant. | Case No. 2:23-mj-00197-DJA-1<br><br>**Order** |

Based on the representations of counsel, and good cause appearing therefore, the Court finds that Mr. Reese has successfully completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

IT IS THEREFORE ORDERED that Mr. Reese is no longer subject to unsupervised probation.

DATED this 11th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3